IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARNELL DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 08-cv-250-JPG |
| LT. RONALD WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard at trial, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lt. Ronald Williams, C/O David Homoya (misnamed in the complaint as Holmona) and C/O Collin Tracy (misnamed in the complaint as Trace) and against plaintiff Darnell Davis.

**DATED: May 18, 2011**        **NANCY J. ROSENSTENGEL, Clerk of Court**


                           **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
              **J. PHIL GILBERT
              DISTRICT JUDGE**